IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                No. 1:07-CV-00525 ALA HC

    vs.

JEREMY GARRISON, et al.,

    Respondent.          <u>ORDER</u>

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day extension of time to and including September 17, 2007, to file an answer is hereby GRANTED.

DATED: August 17, 2007

                                  /s/ Arthur L. Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation

1