IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                    No. 1:07-CV-00525 ALA HC

vs.

JEREMY GARRISON, et al.,

    Respondent.                  <u>ORDER</u>

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed a motion for leave to conduct discovery and a motion for an extension of time to file his traverse.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

        1. Petitioner's motion for leave to conduct discovery is granted;

        2. Petitioner's motion for an extension of time to file his traverse is granted; and

        3. Petitioner shall file his traverse within sixty-three (63) days of the date of this order.

DATED: October 2, 2007

                                                      /s/ Arthur L. Alarcón
                                                      UNITED STATES CIRCUIT  JUDGE
                                                      Sitting by Designation