IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                    No. 1:07-CV-00525 ALA HC

    vs.

JEREMY GARRISON, et al.,

    Respondent.                  <u>ORDER</u>

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Respondent has filed a motion for reconsideration of the court's October 3, 2007 order.

      In light of Respondent's motion, IT IS HEREBY ORDERED THAT:

      1. The court's October 3, 2007 order is vacated;

      2. Respondent shall file an opposition to Petitioner's motion for leave to conduct discovery within eighteen (18) days, plus three (3) days for mailing; and

      3. Petitioner may file his reply within five (5) court days, plus three (3) days for mailing.

/////

DATED: November 1, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT  JUDGE
                                                Sitting by Designation