IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,               No. 1:07-CV-00525 ALA HC

    vs.

JEREMY GARRISON, et al.,

    Respondents.         <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the loss of one hundred and fifty days of credit towards his sentence. On September 17, 2007, Respondents filed an answer in which they alleged that Petitioner has failed to exhaust his administrative remedies. On October 1, 2007, Petitioner filed a motion for leave to conduct discovery and a motion for an extension of time to file a traverse. Therein, Petitioner requested production of the Pleasant Valley State Prison's Housing Unit D-4 Administrative Segregation Entrance Log for the date of June 9, 2006, and production of the CDCR 114A Inmate Segregation Records for the date of June 9, 2006.

        Petitioner argues that the requested discovery is relevant to Respondent's claim that Petitioner failed to exhaust his administrative remedies. On November 26, 2007, Respondents filed an opposition to Petitioner's motion for leave to conduct discovery, arguing that Petitioner has not shown good cause in support of his request for discovery.

        Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts

permits discovery in habeas corpus actions.  A habeas petitioner does not enjoy the presumptive entitlement to discovery of a traditional civil litigant and discovery is available only in the discretion of the court and for good cause shown.  *See* Rules Governing Section 2254 Cases, Rule 6(a) 28 U.S.C. foll. § 2254; *Rich v. Calderon*, 187 F.3d 1064, 1068 (9th Cir. 1999).  *See also Hayes v. Woodford*, 301 F.3d 1054, 1065 n.6 (9th Cir.2002) (discovery is available "only in the discretion of the court and for good cause").

After a review of the record and Petitioner's claims, the court finds good cause for an order granting the discovery Petitioner seeks.  The court concludes that the requested information is relevant to the claims contained in the instant petition and is necessary to a fair resolution of those claims.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

   1. Petitioner's motion for leave to conduct discovery is granted;

   2. Petitioner's motion for an extension of time to file his traverse is granted; and

   3. Petitioner shall file his traverse within sixty-three (63) days of the date of this order.

/////

DATED: November 27, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation