IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,               No. 1:07-CV-00525 ALA HC

    vs.

JEREMY GARRISON, et al.,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for an extension of time to file a traverse.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

    1. Petitioner's February 1, 2008, motion for an extension of time to file a traverse is granted; and

    2. Petitioner shall file his traverse within thirty-five (35) days of the date of this order.

/////

DATED: February 4, 2008

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation