IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS

    Petitioner,                    No. 1:07-CV-00525 ALA HC

    vs.

JEREMY GARRISON, et al.,         <u>ORDER</u>

    Respondents.

_____/

On September 26, 2007, Petitioner requested leave to conduct discovery (doc. 15).[1] On October 2, 2007, the Court granted Petitioner's request (doc. 17). Respondent moved for reconsideration of the Court's decision to grant Petitioner leave to conduct discovery (doc. 18). Thereafter, the Court vacated its order granting Petitioner's request for leave to conduct discovery, but did not expressly decide Respondent's motion for reconsideration (doc. 17). The order at issue in Respondent's motion for reconsideration has been vacated; therefore, Respondent's motion is moot.

It is ORDERED that Respondent's motion for reconsideration (doc. 18) be DENIED as moot.

/////

---

[1] The document was entered on the docket on October 1, 2007.

1  DATED: July 16, 2008

2                                                   /s/ Arthur L. Alarcón
                                                    UNITED STATES CIRCUIT JUDGE
3                                                   Sitting by Designation

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26