IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                            Case No. 1:07-cv-00525 ALA HC

    vs.

JEREMY GARRISON,                    <u>ORDER</u>

    Respondent.

_____/

    On September 11, 2008, this Court ordered Petitioner Jason Saunders to file a motion for an evidentiary hearing that demonstrates "whether he presented a factual basis before the Fresno County Superior Court to support his claim that the CDCR deprived him due process 'by falsifying, antedating and manipulating official documents' that prevented him from filing a timely appeal." (Doc. 29.) Alternatively, the Court ordered Petitioner to "proffer in his motion any facts that demonstrate that he qualifies for an evidentiary hearing under 28 U.S.C. § 2254(e)(2)" if Petitioner admits that he failed to develop the factual basis for his claims in state court. (Doc. 29.)

    On October 21, 2008, this Court issued an order denying Petitioner's request for an evidentiary hearing because Petitioner failed to respond timely to this Court's September 11, 2008 order. (Doc. 30). This Court issued its October 21, 2008 order before receiving

Petitioner's motion for an extension of time, dated October 15, 2008, but filed by the Clerk's office, on October 20, 2008. (Doc. 31.)

Petitioner's request for an extension of time to file a motion responding to the Court's September 11, 2008 order is based on the ground that he is currently unable to have access to the law library and is suffering adverse health effects from Valley Fever. (Doc. 31.) Good cause appearing, Petitioner's request is hereby GRANTED.

Therefore, it is HEREBY ORDERED that:

1. The Court's October 21, 2008 order denying Petitioner's request for an evidentiary hearing is VACATED.

2. Petitioner's motion for an extension is GRANTED. Petitioner shall file his motion in response to the Court's September 11, 2008 order on or before November 20, 2008.

3. Respondent shall file a response to Petitioner's motion on or before December 4, 2008.

/////

DATED: October 23, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation