1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON SAUNDERS,

11            Petitioner,              Case No. 1:07-cv-00525 ALA (HC)

12        vs.

13   JEREMY GARRISON,

14            Respondent.              ORDER

15   _____/

16        On December 12, 2008, this Court denied Petitioner Jason Saunders' ("Petitioner")

17   application for a writ of habeas corpus. (Doc. 35). Petitioner has filed a timely notice of appeal.

18   (Doc. 37). However, before Petitioner can appeal this decision, a certificate of appealability

19   must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

20        A certificate of appealability may issue under 28 U.S.C. § 2253(c)(2) "only if the

21   applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. §

22   2253(c)(2). To meet this standard, Petitioner must show: (1) that the issues are debatable among

23   jurists of reason; or (2) that a court could resolve the issues in a different manner; or (3) that the

24   questions are adequate to deserve encouragement to proceed further. *Lambright v. Stewart*, 220

25   F.3d 1022, 1024-25 (9th Cir. 2000) (citing *Slack v. McDaniel*, 529 U.S. 473 (2000); *Barefoot v.*

26   *Estelle*, 463 U.S. 880 (1983)). Petitioner does not have to show "that he should prevail on the

1

1 | merits [since he] has already failed in that endeavor ." *Lambright*, 220 F.3d at 1025 (citing

2 | *Barefoot*, 463 U.S. at 893 n. 4).

3 |      In his application for a writ of habeas corpus, Petitioner challenged a prison disciplinary

4 | hearing that resulted in a loss of credits.  In denying his application, this Court found that

5 | Petitioner had failed to exhaust his administrative remedies which constituted a procedural

6 | default.  In the last reasoned decision issued by the state courts, the Fresno County Superior

7 | Court reviewed Petitioner's claims and held that he had "failed to properly exhaust his

8 | administrative remedies in a timely manner." (Doc. 13, Ex. C).  Petitioner has failed to rebut the

9 | evidence in the record demonstrating that his administrative grievance was properly rejected as

10 | untimely.  As such, Petitioner's arguments do not present issues that are debatable among jurists

11 | of reason; therefore, this Court will not encourage Petitioner to seek further review.  This Court

12 | also finds that no other court would resolve the issues presented in a different manner.

13 |      Accordingly, it is HEREBY ORDERED that a certificate of appealability shall not

14 | issue.

15 | /////

16 | DATED: January 22, 2009

17 |               /s/ Arthur L. Alarcón
              UNITED STATES CIRCUIT  JUDGE

18 |               Sitting by Designation

19

20

21

22

23

24

25

26